ACCEPTED
01-14-00355-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 3:44:05 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00355-CR**

In the Court of Appeals for the

First District of Texas, at Houston

——————◆——————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/23/2015 3:44:05 PM

CHRISTOPHER A. PRINE
Clerk

**Cause No. 1360915**

In the District Court for the
182nd District Court, Harris County, Texas

——————◆——————

**CURCY ANDREW RIDEAU**

*Appellant*

v.

**THE STATE OF TEXAS**

*Appellee*

——————◆——————

**STATE'S WAIVER OF OPPORTUNITY TO
RESPOND TO APPELLANT'S *ANDERS* BRIEF**

——————◆——————

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now the State of Texas, by the undersigned assistant district attorney, and respectfully waives the opportunity to file a brief in response to the *Anders* brief filed by the appellant's counsel. The State would respectfully show the Court the following:

**I.**

In keeping with the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), appointed counsel for the appellant has filed a brief containing the conclusion that this appeal is frivolous. The appellant has been notified of his right to review the appellate record and to file a pro se brief.

**II.**

A review of the appellant's brief reveals no question of constitutional dimension or other issue requiring review in the interest of justice.

January 23, 2015

**III.**

A copy of this instrument will be served on counsel for the appellant through eFile.txcourts.gov, on the date of the filing of this instrument with the clerk of this court.

**THEREFORE**, the State of Texas waives the opportunity to file a response to the *Anders* brief filed by the appellant's attorney, and moves the Court to affirm the trial court's judgment.

**DEVON ANDERSON**
District Attorney
Harris County, Texas

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

January 23, 2015